# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WENDELL M. LAVERGNE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-601 |
| ORASURE TECHNOLOGIES, INC., ET AL.,, | § § | (Judge Mazzant/Judge Johnson) |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 16, 2018, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that this case should be dismissed in its entirety with prejudice pursuant to Plaintiff Wendell M. Lavergne and Defendants OraSure Technologies, Inc., Orlando A. Falvo, and Defendant Donald Kevin Gonsoulin's Stipulation of Dismissal (Dkt. #23).

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED this 17th day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE